**Motion Granted; Vacated and Remanded and Memorandum Opinion filed October 4, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00681-CV

---

## APPROXIMATELY $17,974.00 AND ONE 2015 TOYOTA SIENNA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the 281st District Court
### Harris County, Texas
### Trial Court Cause No. 2019-03815

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 2, 2021. On September 21, 2022, the parties filed a joint motion to set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement to settle. *See* Tex. R. App. P.

42.1(a)(2)(B). The motion is granted.

We set aside the trial court's judgment without regard to the merits and remand the case to the trial court for rendition of judgment in accordance with the agreement. Tex. R. App. P. (a)(2)(B).

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.